126 So.2d 496

#### Alexander WHITE

v.

#### STATE.

#### 6 Div. 647.

Supreme Court of Alabama.

Dec. 1, 1960.

Cooper, Mitch, Black & Crawford, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Alexander White for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in White v. State, 126 So.2d 495.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.